IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KERI TEAGUE & JASON TEAGUE,**
individually and on behalf of
all others similarly situated                                                                                 **PLAINTIFF**

VS.                              Case No. 4:23-cv-04016-SOH

**HOWARD MEMORIAL HOSPITAL**                                                    **DEFENDANT**

## STATUS REPORT

The defendant, Howard Memorial Hospital, for its status report, states:

1. On or about April 29, 2024, the parties signed a confidential settlement agreement in this matter. Defendant anticipates that the settlement will be fully performed within the next few days and that a stipulation of dismissal will be filed jointly by the parties.

**FRIDAY, ELDREDGE & CLARK, LLP**

*/s/ William A. Waddell, Jr.*
William A. Waddell, Jr. (84154)
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3493
Telephone: (501) 370-1510
Email: waddell@fridayfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing by using the ECF system for the Western District of Arkansas on May 30, 2024 and that all counsel of record registered as counsel of record will be served by the ECF system.

*/s/ William A. Waddell, Jr.*
William A. Waddell, Jr.

1

10918645.v1