**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**KERI TEAGUE & JASON TEAGUE,**
**individually and on behalf of**
**all others similarly situated**                                         **PLAINTIFF**

**VS.**                             **Case No. 4:23-cv-04016-SOH**

**HOWARD MEMORIAL HOSPITAL**                                **DEFENDANT**

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between the parties hereto, by their counsel and pursuant to FRCP 41(a)(1)(ii), that the above-captioned case has settled, and this action should be dismissed with prejudice, with each party to bear its own costs.

Dated: May 31, 2024                            Respectfully submitted,

**MILBERG COLEMAN BRYSON**            **FRIDAY, ELDREDGE & CLARK, LLP**
**PHILLIPS GROSSMAN, PLLC**

*/s/ Gary M. Klinger, with permission*        */s/ William A. Waddell, Jr.*
*By William A. Waddell, Jr.*              William A. Waddell, Jr. (84154)
Gary M. Klinger                    400 West Capitol Avenue, Suite 2000
Admitted Pro Hac Vice                Little Rock, Arkansas 72201-3493
227 W. Monroe Street, Suite 2100          Telephone: (501) 370-1510
Chicago, Illinois 60606               Email: waddell@fridayfirm.com
Telephone: (866) 252-0878
gklinger@milberg.com

                                **Attorneys for Defendant**

**Attorneys for Plaintiff**

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing by using the ECF system for the Western District of Arkansas on May 31, 2024 and that all counsel of record registered as counsel of record will be served by the ECF system.

*/s/ William A. Waddell, Jr.*___
William A. Waddell, Jr.